UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-06312-SVW-JC | Date | December 27, 2022 |
|---|---|---|---|
| Title | Christy Roberg et al v. One Day Doors and Closets, Inc. et al | | |

# JS-6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**        IN CHAMBERS ORDER


In light of the Stipulation for Dismissal [94], the Motion for Attorneys Fees [92] and the Application to the Clerk to Tax Costs, are vacated and off calendar.

The case is ordered dismissed pursuant to the terms in the stipulation.

|  |  : |
|---|---|
| Initials of Preparer | PMC |